UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)  Case No. 18-20392-KHT
James Edward Jaramillo, )
Mandy Michelle Jaramillo )  Chapter 13
)
   Debtors. )

## ORDER ABANDONING RESIDENCE FROM BANKRUPTCY ESTATE

UPON CONSIDERATION of the Debtors' Motion to Abandon their Residence from the Bankruptcy Estate, no sustainable objections having been filed, and for cause shown,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' residence located at 13751 Elizabeth Street, Thornton, Colorado 80602 is hereby abandoned from the bankruptcy estate pursuant to Bankruptcy Code § 554.

July 26, 2019

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge